# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

GARY MONTGOMERY, )
)
    Plaintiff, )
)
v. )      **Case No. 3:23-cv-00275**
)      **Judge Aleta A. Trauger**
PHILIP E. SMITH *et al.*, )
)
    Defendants. )

## ORDER

For the reasons set forth in the accompanying Memorandum, the Magistrate Judge's Report and Recommendation ("2026 R&R") (Doc. No. 92) is **ACCEPTED** and **ADOPTED** in its entirety. The plaintiff's Motion to Set Aside Judgment of Dismissal for all Defendants and all Conversion Claims (Doc. No. 83) is **GRANTED**.

Accordingly, the court's order entered September 9, 2024 (Do. No. 77) is **VACATED**, and this case is reopened for the limited purpose of allowing the plaintiff to file objections to the Magistrate Judge's August 19, 2024 Report and Recommendation ("2024 R&R") (Doc. No. 75).

In addition, that portion of the February 2026 Order to Show Cause (Doc. No. 81) directing the Clerk to terminate Stover as a defendant is **VACATED**, and the Clerk is **DIRECTED** to reinstate Stover as a defendant.

The Clerk, in addition to mailing a copy of this Order to the plaintiff, is further **DIRECTED** to mail a complete copy of the docket sheet as well as copies of the following docket entries to Montgomery:

- Memorandum Opinion of the Court (Doc. No. 3);

- the Magistrate Judge's 2024 R&R (Doc. No. 75); and

- the September 10, 2024 Order to Show Cause regarding the yet-to-be-served Defendants (Doc. No. 78).

The plaintiff shall have **14 DAYS** after being served with a copy of the 2024 R&R to file specific written objections. Failure to file specific objections within 14 days of receipt of this Order will constitute a waiver of appeal of the matters decided. Any party who opposes any objections that are filed **may** file a response within fourteen days after being served with the objections, Fed. R. Civ. P. 72(b)(2), but the court emphasizes that no party is required to file a response to any objections and may rely on the arguments set forth in their motion documents.

The plaintiff also has **14 DAYS** to respond to the 2024 Order to Show Cause (Doc. No. 78).

It is so **ORDERED**.

_____

ALETA A. TRAUGER
United States District Judge